UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES MESSERSCHMIDT,
               Plaintiff,

               21 Civ. 7115 (LGS)

     -against-

               ORDER

SOURCE DIGITAL,
               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for October 28, 2021. (Dkt. No. 6.)

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. (*See* Dkt. No. 10.) It is hereby

**ORDERED** that, the October 28, 2021, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. It is further

**ORDERED** that, by **November 1, 2021**, the parties shall file any proposed protective order.

Dated: October 25, 2021
       New York, New York

                                  LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE